UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-CV-00184 JAR |
| FIDELITY & DEPOSIT CO. OF MARYLAND, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Stark Truss Company, Inc.'s Motion to Intervene. (Doc. No. 11). Plaintiff has no objection to the motion (Doc. No. 18); Defendant has no objection subject to some scheduling issues (Doc. No. 19). Considering these circumstances, the Court will grant Stark's motion to intervene and set this case for a Rule 16 Conference.

Accordingly,

**IT IS HEREBY ORDERED** that Stark Truss Company, Inc.'s Motion to Intervene [11] is **GRANTED**. The Clerk is directed to detach and docket Stark's complaint and exhibits thereto.

**IT IS FURTHER ORDERED** that a telephonic scheduling conference pursuant to Rule 16 is set on **Wednesday, April 28, 2021 at 11:00 a.m**. Counsel participating in the Rule 16 Conference are directed to call the conference toll free at **1-877-810-9415.** The access code to enter the telephone conference for all participants is: **7519116.**

Dated this 20th day of April, 2021.

_John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE